UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| Anthony Paolercio et al, <br><br> Plaintiff(s), <br><br> vs. <br><br> Jeff Grimes et al, <br><br> Defendant(s). | Case No.: 21-cv-00268-TCK-SH <br><br><br><br> **SETTLEMENT CONFERENCE REPORT** |

On 3/4/2022, a Settlement Conference was held in the captioned matter.

☒  The litigation was settled; within _10_ days of the date hereof, the Plaintiff and Defendant shall file:

   -- a Stipulation of Dismissal
           OR
   -- Agreed Judgment and
      Motion to Enter Agreed Judgment

☐  The litigation was not settled.

☐  Settlement negotiations are pending. The parties are to phone the undersigned by      on          .

DATED: Click or tap to enter a date.

_____
Adam Scott Weintraub
Adjunct Judge