**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| 1. Anthony Paolercio, an individual, and<br>2. Destiny Paolercio, an individual,<br><br>                       Plaintiffs,<br><br>vs.<br><br>1. Jeff Grimes, an individual,<br>2. Tyler Reeder, an individual,<br>3. Laura Shoopman, an individual, and<br>4. Jasper Estates Homeowner's Association, Inc., an Oklahoma not-for-profit corporation,<br><br>                       Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>) Case No.: 21-cv-000268-TCK-SH<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

COMES NOW, the Plaintiffs, Anthony Paolercio and Destiny Paolercio, by and through their counsel of record, Joel A. LaCourse and Zachary M. Keen of LaCourse Law, PLLC, and the Defendants, Jeff Grimes, Tyler Reeder, Laura Shoopman, and Jasper Estates Homeowner's Association, Inc., by and through their counsel of record, Cary D. Dooley and Jason Edward Marshall of Cathcart & Dooley, P.C., and notify the Court that the parties have come to a resolution of this matter and jointly stipulate to the dismissal of this cause with prejudice to the refiling thereof.

Respectfully submitted,

**LaCourse Law, PLLC**

/s/ Zachary M. Keen
Joel A. LaCourse, OBA #17082
Zachary M. Keen, OBA #33016
715 S. Elgin Avenue, Suite 100
Tulsa, Oklahoma 74120
Telephone: (918) 744-7100
Facsimile:  (918) 477-2299
joel@lacourselaw.com
zachary@lacourselaw.com
*Attorneys for Plaintiffs*

*-AND-*

/s/ Jason E. Marshall
Cary D. Dooley, OBA #12648
Jason E. Marshall, OBA #30156
Cathcart & Dooley
2807 Classen Boulevard
Oklahoma City, Oklahoma 73106
Telephone: (405) 524-1110
Facsimile:  (405) 524-4143
cdooley@cathcartdooley.com
jmarshall@cathcartdooley.com
*Attorneys for Defendants*